Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

RECEIVED

for the

District of

Division

MAY 3 0 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Willie Lee Robinson
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Yellow Corp /Lawyer Ami Wynne
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___24-2360___
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Willie Lee Robinson |
| Street Address | 6092 Scarlet Leaf Dr. |
| City and County | Memphis (Shelby) |
| State and Zip Code | 38141 |
| Telephone Number | 901-487-8227 |
| E-mail Address | willie 70robinson 576@att.net |

Page 1 of 7

Pro Se 7 (Rev. 12 16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name    Yellow Freight

    Job or Title *(if known)*

    Street Address    11500 Outlook ST STE 400

    City and County    Overland Park, Johnson County

    State and Zip Code    KS  66211

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number _____

E-mail Address *(if known)* _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name                     *Yellow Freight (YRC)*

Street Address           *3310 Gill RD, Memphis WR*

City and County          *Memphis (Shelby)*

State and Zip Code       *TN 38109*

Telephone Number         *-800-610-6500*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

_____

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

6-8-2022

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

# Statement of Claim

1. I was threatened to be hung upside down on a flagpole by three (3) caucasians (1 of which was a supervisor). I was denied Short Term disability and workers comp and off work for 2.5 months without pay. The treating Nurse Practitioner took me off work. I was treated unfairly by giving faulty trucks to drive. I was verbally harassed by another caucasian supervisor,  I complained about both supervisors and was later terminated for doing so by the Terminal Manager. Department of Labor did an investigation and found I was Terminated without cause and I received Unemployment. I was diagnosed with PTSD by two (2) Psychiatrists, one of which was Yellow Corp/Sedgwick Doctor. I was given Short Term Disability & Workers Comp settlement for PTSD for 2.5 months, but not for the length of time I was Terminated

1. Yellow Corp- Covered up the two (2) caucasian Drivers who lied that they said nothing
2. Teamsters Local #667- Covered up the two (2) caucasian Drivers who lied that they said nothing
3. Sedgwick/Lawyer- gave false documentation to me and the Department of Labor to deny my Workers comp claim
4. First Choice (Rebecca Campbell)- referred me to Dr. Balogh- but later told me she didn't know who he (Dr. Balogh) was.
5. Dr. Balogh- didn't give me a rating for my PTSD which he diagnosed me with.

Willie L. Robinson

# The Fact of My Case

1.  I reported the threat to Yellow Corp. I have the Investigators report by Louie Stevenson to me.
2.  Police Report: I filed a police report the day of the threat
3.  Local Union #667:   I filed a report
4.  Denial of Short Term Disability
5.  List of Doctors to choose from. Workers Comp
6.  No Rating given from treating Psychiatrist, only Yellow/Sedgwick rating
7.  Falsified document to me and Department of Labor
8.  Yellow Freight statement of why they Terminated me
9.  Department of Labor investigation letter to me
10. Write up for Snow Day—Yellow Corp Managers
11. Corey Jefferson-Witness

Willie L. Robison

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4 - 4 - 2023

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## Damages

Economic Damages—they terminated me with no pay for an estimated 2 months
Punitive Damages—Continue Act of Discrimination
Non-Economic Damages—thinking about this daily—PTSD

## RELIEF

1. I am seeking Two (2) Million Dollars for Punitive Damages, Pain & Suffering
2. Actual—Terminated- No Pay two (2) months $10,440

Willie I. Robison

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-29-24

Signature of Plaintiff    _Willie Robinson_

Printed Name of Plaintiff    Willie L. Robinson

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Memphis District Office
200 Jefferson Ave, Suite 1400
Memphis, TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/28/2024

**To:** Mr. Willie L. Robinson
6092 Scarlet Leaf Drive
MEMPHIS, TN 38141
Charge No: 490-2022-01800

EEOC Representative and email:  JOSEPH SPARKMON
Federal Investigator
joseph.sparkmon@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 490-2022-01800.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
03/28/2024
Edmond Sims
Acting District Director

**Cc:**  Sarah Bauman

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 490-2022-01800 to the Acting

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director Edmond Sims at 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 490-2022-01800 to the Acting District Director Edmond Sims at 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# Robinson -vs- Yellow (490-2022-01800)

Mr. Sparkman:

Federal Court Rules that an EEOC lawsuit is not barred by Bankruptcy Codes automatic stay. EEOC vs Tim Shepard M.D.PA d/b/a Shepherd Health Care, 17-cv-02569.

Yellow Corps' mismanagement of 700 millions borrowed from the Government, whom they also settled on March 10, 2022- 6.8 million to settle (Government) Department of Defense overcharging claim and other fraudulent acts lead to Yellow Bankruptcy.

The EEOC has filed a number of cases against Yellow. This is a pattern of deceit and lies and violation by Yellow Corp. watch the 6-8-2022 Racial threat on video and know all the persons involved and Yellow only disciplined one person (Ron Garrsett) and not the other 3 Caucasians who co-signed with Ron Garrsett. Yellow not disciplining the other 3 caucasians led to tohe3r misconduct by Yellow. I received no workers comp. Fraud by Yellow Insurance Company (Sedgewick) entering a fake Doctors report to the Department of Labor and proved in my favor. Attempted to bodily harm by putting Corey Jefferson & I in faulty trucks, which Corey Jefferson turned over the truck and was fired also. This coverup on 6-8-22 racial threat also led to Mark Williams aggressive comment to me over the radio at work. Witnessed by and heard by the Dock Manager (Jonathan Sims), whom had a conversation with Mark Williams about the comment. I also reported all incidents to the Union 667 Union Rep (Anthony Mayfield) and they (Union) did nothing.

Ms. Amy Wynne- on 6-8-22- the racial comment by Ron Garrsett "(hanging us (Corey Jefferson and I) on a flagpole upside down until the blood rushes to our head") and the other two caucasians cosigning by saying he (Ron Garrsett) is going to hang us at half mass and another caucasian saying "Can you hang?" right before Juneteenth a federal holiday was racially motivated.

Produce: Ms. Wynne- you mentioned Yellow interviewed relative witnesses. Produce all witness names, signed statements, and produce Louie Stevenson (Corporate HR Manager) statement on what he saw on the video. Produce Mark Williams signed statement. Produce the other three (3) cosigning caucasians statements, that was on video. Produce Ron Garrsett statement and what the other 3 caucasians said, because he repeated it again. (I'm going to hang yall at halfmass")

This pattern of hate is escalating.
a. The shooting in Florida (caucasians killing black people in stores)
b. The Alabama hate crime incident on the boat where the caucasians attack the black security guard
c. ETC...

This is why the EEOC exists. Ms. Wynne and filing Bankruptcy does not and should not exempt any entity (Company or person) when violating the law on Insurance multiple occasions (Civil Rights Law, Fraud, Malice, Attempted Bodily Harm, and Wrongful Termination). This is beyond a hostile work environment. This is over aggressive retaliation, that stem from 6-8-22 Racial Threat that happened in Yellow Freight Dispatch office. This case needs to go to the Bankruptcy Court and Federal Court.

Respectfully,

Willie Robinson



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Memphis District Office**

200 Jefferson Avenue, Suite
1400, Memphis, TN 38104
Free: (833) 827-2920
TTY: (844) 234-5122
FAX: (901) 544-0112
Website: www.eeoc.gov

05/20/2024

VIA: willie70robinson@gmail.com
Willie Lee Robinson
6092 Scarlet Leaf Dr
MEMPHIS, TN 38141

Re: FOIA No.: 490-2024-011492
Willie L. Robinson v YELLOW FREIGHT
Charge No.: 490-2022-01800

Dear Mr. Robinson:

Your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, received by the Memphis District Office on 05/20/2024, is assigned to the [X] Simple [ ] Complex [ ] Expedited track with the above FOIA number. Your request will be processed by Jesse Curry, Records Disclosure Coordinator Assistant, who can be reached at, JESSE.CURRY@EEOC.GOV, 901-701-6447.

EEOC will make every effort to issue a determination on your request on or before 06/17/2024. FOIA and EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. In unusual circumstances, EEOC may extend the 20 working days by 10 additional working days or stop processing your request until you respond to our request for fee or clarifying information. Should EEOC take an extension or stop processing your request, notice will be issued prior to the expiration of the 20 working days.

You may contact the FOIA Requester Service Center for status updates on your FOIA request or for FOIA information via toll free at (833) 827-2920, to our non-toll free number at (202) 921-2542, by e-mail to FOIA@eeoc.gov, by facsimile to (202) 653-6034, or by mail to our office address in the letterhead above. Additionally, if your request was filed online through the EEOC FOIA Web Portal, you may monitor its status at https://eeoc.arkcase.com/foia/portal/login. You may also contact the Acting EEOC FOIA Public Liaison, Michael L. Heise, for assistance.

Sincerely,

Edmond C. Sims
Acting District Director